IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER CALDWELL, #260823, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:17-CV-255-WHA |
| ) | |
| DR. DARBOUZE, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

On August 22, 2017, the Magistrate Judge entered a Recommendation (Doc. #13) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the orders of this court;

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 2nd day of October, 2017.

    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE